FILED
 2016 Jun-08  PM 04:10
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| ADRIENNE ZINDER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case Number: 2:16-cv-00859-JHE |
| MIDLAND FUNDING, LLC, | ) ) | |
| Defendants. | ) ) ) | |

## ORDER DISMISSING CASE

A notice of dismissal having been filed in this action, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED without prejudice**, with costs taxed as paid.

DONE this 8th day of June 2016.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE